

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-25-00681-CV

---

ROSEMARIE ORTIZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF ANDREW ORTIZ, ANTHONY ORTIZ, AND TYLER RIOS,
Appellants

V.

HERC RENTALS, INC., Appellee

---

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-343357-23

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' unopposed motion to dismiss their appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per the parties' agreement, each party shall bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 22, 2026